# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BORIS IOFIS,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

Case No. 1:26-cv-4781-JLT-EGC

**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

(Docs. 5, 7)

The Court is in receipt of the parties' Stipulation to Extend Time To Respond To Complaint ("the Stipulation.") (Doc. 5). Pursuant to the parties' Stipulation, and for good cause shown, the time for Defendant Wells Fargo to respond to Plaintiff's complaint, (Doc. 1), is **EXTENDED**. **Defendant SHALL file their response by no later than July 27, 2026.**

IT IS SO ORDERED.

Dated: **July 13, 2026**

Erin Sug Castillo

UNITED STATES MAGISTRATE JUDGE